**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUST YOUR JOURNEY, LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, a Delaware corporation; DISNEY STORE USA, LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Case No.: 3:19-CV-00735-RCJ-WGC<br><br>ORDER SETTING HEARING |

  Before the Court is Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction (ECF Nos. 5, 6). Accordingly,

  IT IS HEREBY ORDERED that oral argument is set for 11:00 A.M., THURSDAY, DECEMBER 19, 2019, in Reno Courtroom 3, before Judge Robert C. Jones.

  IT IS FURTHER ORDERED that no later than FRIDAY, December 13, 2019, Plaintiff shall serve Defendants with a copy of this Order, along with copies of the Application for

///

///

///

Temporary Restraining Order and Motion for Preliminary Injunction (ECF Nos. 5, 6).

IT IS SO ORDERED this 13th day of December, 2019.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE