**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUST YOUR JOURNEY, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY CONSUMER PRODUCTS, INC., a California corporation; DISNEY STORE USA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 3:19-cv-00735-RCJ-WGC<br><br>**ORDER FOR WITHDRAWAL OF PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION AND RELATED BRIEFS** |

Plaintiff Trust Your Journey, LLC ("Plaintiff") and Defendants Disney Consumer Products, Inc. and Disney Store USA, LLC ("Defendants"), by and through their undersigned counsel, hereby stipulate to the withdrawal of Plaintiff's Application for Temporary Restraining Order and Motion for Preliminary Injunction, Defendants' Opposition thereto, and Plaintiff's Reply in support thereof. ECF Nos. 5-6, 10-11, 16, 18-19. Each party shall bear their own attorneys' fees and costs.

///

///

///

IT IS SO STIPULATED:

| | |
|---|---|
| Dated this 24th day of December, 2019 | Dated this 24th day of December, 2019 |
| By: /s/ *Matthew D. Francis*<br>    MICHAEL D. ROUNDS, Esq.<br>    Nevada Bar No. 4734<br>    MATTHEW D. FRANCIS, Esq.<br>    Nevada Bar No. 6978<br>    ARTHUR A. ZORIO, Esq.<br>    Nevada Bar No. 6547<br>    BROWNSTEIN HYATT FARBER<br>    SCHRECK, LLP<br>    5371 Kietzke Lane<br>    Reno, Nevada 89511<br>    Telephone: 775-324-4100<br>    Facsimile: 775-333-8171<br><br>*Attorneys for Plaintiff* TRUST YOUR JOURNEY, LLC, a Nevada limited liability company | By: /s/ *Michael J. McCue*<br>    MICHAEL J. MCCUE, Esq.<br>    Nevada Bar No. 6055<br>    MENG ZHONG, Esq.<br>    Nevada Bar No. 12145<br>    LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>    3993 Howard Hughes Pkwy., Suite 600<br>    Las Vegas, Nevada 89169<br>    Telephone: 702-949-8200<br><br>*Attorneys for Defendants* DISNEY CONSUMER PRODUCTS, INC., a California corporation; DISNEY STORE USA, LLC, a Delaware limited liability company |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED this 26th day of December, 2019