1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

12

**DISTRICT OF NEVADA**

13 | TRUST YOUR JOURNEY, LLC, a Nevada limited liability company,

Case No.: 3:19-cv-00735-RCJ-WGC

14 |     Plaintiff,

**ORDER FOR DISMISSAL WITH PREJUDICE**

15 | v.

16 | DISNEY CONSUMER PRODUCTS, INC., a California corporation; DISNEY STORE USA,
17 | LLC, a Delaware limited liability company,

18 |     Defendants.

19

20        Plaintiff Trust Your Journey, LLC and Defendants Disney Consumer Products, Inc. and

21 Disney Store USA, LLC, by and through their undersigned counsel, hereby stipulate to dismiss

22 this action and all claims between and against them with prejudice pursuant to Fed. R. Civ. P.

23 41(a)(1)(A).  Each party shall bear their own attorneys' fees and costs.

24 ///

25 ///

26 ///

27 ///

28 ///

1

1   IT IS SO STIPULATED:

2   Dated this 8th day of January, 2020                Dated this 8th day of January, 2020

3

4   By: /s/ *Matthew D. Francis*                       By: /s/ *Michael J. McCue*
        MICHAEL D. ROUNDS, Esq.                            MICHAEL J. MCCUE, Esq.
        Nevada Bar No. 4734                                Nevada Bar No. 6055
5       MATTHEW D. FRANCIS, Esq.                           MENG ZHONG, Esq.
        Nevada Bar No. 6978                                Nevada Bar No. 12145
6       ARTHUR A. ZORIO, Esq.                              LEWIS ROCA ROTHGERBER
        Nevada Bar No. 6547                                CHRISTIE LLP
7       BROWNSTEIN HYATT FARBER                            3993 Howard Hughes Pkwy., Suite 600
        SCHRECK, LLP                                       Las Vegas, Nevada 89169
8       5371 Kietzke Lane                                  Telephone: 702-949-8200
        Reno, Nevada 89511
9       Telephone: 775-324-4100                            *Attorneys for Defendants* DISNEY
        Facsimile: 775-333-8171                            CONSUMER PRODUCTS, INC., a
10                                                         California corporation; DISNEY STORE
                                                           USA, LLC, a Delaware limited liability
11      *Attorneys for Plaintiff* TRUST YOUR              company
        JOURNEY, LLC, a Nevada limited
        liability company
12

13

14

15                                             **IT IS SO ORDERED.**

16

17      _____
        UNITED STATES DISTRICT COURT JUDGE

18
        DATED this 8th day of January, 2020.
19

20

21

22

23

24

25

26

27

28